IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY BINFORD,
Reg. #10114-085                                                                                    PLAINTIFF

V.                              CASE NO. 2:17-CV-00169-JLH-BD

GENE BEASLEY and
Z. VAUGHN                                                                                         DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Binford's motion for preliminary injunctive relief is DENIED. Document #1.

IT IS SO ORDERED this 25th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE