IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY BINFORD,
Reg. #10114-085                                                                PLAINTIFF

V.                          CASE NO. 2:17-CV-169-JLH-BD

GENE BEASLEY and
Z. VAUGHN                                                                      DEFENDANTS

## RECOMMENDED DISPOSITION

I. **Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II. **Discussion**

Timothy Binford, a federal inmate at the Federal Correctional Institution in Forrest City, Arkansas ("FCI-FC"), filed this civil rights lawsuit without the help of a lawyer. (Docket entry #1) Mr. Binford's complaint concerns sanctions Defendant Vaughn allegedly imposed on inmates in his Unit, including loss of television and electronic messaging privileges and suspension of inmate visits, for seven days. Because Mr.

Binford failed to submit either a complete *in forma pauperis* (IFP) application or the statutory filing fee, he was ordered to do one or the other within thirty days of October 2, 2017. (#3) The Court specifically cautioned Mr. Binford that his claims could be dismissed, without prejudice, if he failed to address the filing fee requirement.

As of this date, Mr. Binford has not submitted an IFP application or paid the filing fee, as ordered, and the time for complying with the Court's order has expired.

### III. Conclusion

The Court recommends that Mr. Binford's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 2, 2017 order and his failure to prosecute this lawsuit.

DATED this 6th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE