IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TIMOTHY BINFORD, Reg. #10114-085**                                **PLAINTIFF**

**V.**                  **NO. 2:17CV00169-JLH-BD**

**GENE BEASLEY;**
**and Z. VAUGHN**                                    **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Binford's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's October 2, 2017 order and his failure to prosecute this lawsuit.

IT IS SO ORDERED this 28th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE