IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TIMOTHY BINFORD, Reg. #10114-085**                                          **PLAINTIFF**

**V.**                    **NO. 2:17CV00169-JLH-BD**

**GENE BEASLEY;**
**and Z. VAUGHN**                                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE